## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | CV 22-07166-SSS (AS) | Date | January 31, 2023 |
|---|---|---|---|
| Title | *Richard W. McCollough Jr. v. Brian Birkholz, Warden* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **Order To Show Cause**

On October 3, 2022, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody, pursuant to 28 U.S.C. § 2241. (Dkt. No. 1).  On December 2, 2022, Respondent Brian Birkholz, Warden of the Federal Correctional Complex in Lompoc, California, where Petitioner is housed, filed a Motion to Dismiss the Petition for Writ of Habeas Corpus ("motion to dismiss"), contending that the petition should be dismissed because the Court lacks jurisdiction over the Petition,  Petitioner's habeas claim was released by a class wide settlement agreement in *Garries v. Milusnic, et. al.,* and Petitioner has failed to exhaust his administrative remedies. (Dkt. No. 8).  On December 7, 2022, the Court issued an Order directing Petitioner to file an Opposition to the Motion to Dismiss or a statement of no opposition to the motion to dismiss no later than January 6, 2023.  (Dkt. No. 9).

To date, Petitioner has failed to file an Opposition to the Motion to Dismiss or request an extension of time to do so.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE within **twenty-one (21) days** of the date of this Order (by no later than **February 21, 2023**), why this action should not be dismissed with prejudice for failure to prosecute and/or for failure to comply with Court orders. Petitioner may discharge this Order by filing an Opposition to the Motion to Dismiss, or by filing a declaration under penalty of perjury stating why he is unable to do so.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 22-07166-SSS (AS) | Date | January 31, 2023 |
|---|---|---|---|
| Title | *Richard W. McCollough Jr. v. Brian Birkholz, Warden* | | |

       **If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a).  <u>A Notice of Dismissal form is attached for Petitioner's convenience.</u>**

       **Petitioner is warned that the failure to timely file a response to this Order <u>may</u> result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or obey court orders.  <u>See</u> Fed. R. Civ. P. 41(b).**

       **IT IS SO ORDERED.**

                                             0    :    00

                       Initials of Preparer