**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| RICHARD W. MCCOLLOUGH, JR., <br><br> Petitioner, <br><br> v. <br><br> BRIAN BIRKHOLZ and THE BUREAU OF PRISONS, <br><br> Respondents. | CASE NO. CV 22-07166-SSS(AS) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

**IT IS ORDERED** that Respondent's Motion to Dismiss the Petition be granted and Judgment be entered denying the Petition and dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

DATED: April 21, 2023

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE