JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RICHARD W. MCCOLLOUGH, JR., <br><br> Petitioner, <br><br> v. <br><br> BRIAN BIRKHOLZ and THE BUREAU OF PRISONS, <br><br> Respondents. | CASE NO. CV 22-07166-SSS(AS) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: April 21, 2023

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE